IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | C.A. No. 22-cv-1319-MN |
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., <br><br> Defendant. | C.A. No. 22-cv-1320-MN |
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBIQUITI INC., <br><br> Defendant. | C.A. No. 22-cv-1321-MN |

**NETWORK-1 TECHNOLOGIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that, as of this date, there is no parent corporation of Network-1 Technologies, Inc. or any publicly held corporation that is the beneficial owner of more than ten percent (10%) of Network-1 Technologies, Inc.'s common stock.

| | |
|---|---|
| Dated: March 2, 2023 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Gregory Dovel<br>Richard Lyon<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>Tel: 310-656-7066<br>Email: greg@dovel.com<br>Email: rick@dovel.com | /s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* |