**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., | |
| Plaintiff, | |
| v. | C.A. No. 22-1320-MN |
| HONEYWELL INTERNATIONAL INC., | |
| Defendant. | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Steven L. Caponi and Matthew B. Goeller of K&L Gates LLP in the above-captioned proceedings as counsel for Defendant Honeywell International Inc.

Dated:  May 22, 2023

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@kglates.com

*Attorneys for Defendant Honeywell*
*International Inc.*