IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., <br><br> Defendant. | C.A. No. 22-1320-MN |

## STIPULATION AND [PROPOSED] ORDER EXTENDING STAY

1. On May 23, 2023 the Court granted Plaintiff Network-1 Technologies, Inc. ("Network-1") and Defendant Honeywell International Inc. ("Honeywell")'s request to stay this matter. *See* D.I. 14.

2. In its order, the Court directed the parties to provide an update to the Court within thirty (30) days after the conclusion of the case captioned *Network-1 Technologies, Inc. v. Dahua Technology USA, Inc.*, No. 8:22-cv-02087 (C.D. Cal.) (the "Dahua Case").

3. On December 20, 2023, the U.S. District Court for the Central District of California granted the stipulated dismissal of the Dahua Case based on a settlement agreement between Dahua and Network-1. *Network-1*, No. 8:22-cv-02087, Dkt. 43.

4. In accordance with this Court's May 23 Order, the parties are to provide their update to the Court on or before January 19, 2024.

5. Honeywell is still waiting to receive a copy of that settlement agreement to understand its impact on the products accused of litigation in this case.

6. Network-1 and Honeywell wish to extend the current stay of this proceeding for an additional thirty (30) days to allow the parties to determine the impact of the conclusion of the

Dahua Case. Network-1 and Honeywell would also like additional time to discuss potential resolution of this case short of proceeding with litigation.

      IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, subject to the approval of the Court, that the stay is extended for an additional thirty (30) days. The parties will provide a status update on or before February 19, 2024.

Dated: January 11, 2024

| **FARNAN LLP** | **K&L GATES LLP** |
|---|---|
| */s/ Brian E. Farnan* | */s/ Matthew B. Goeller* |
| Brian E. Farnan (No. 4089) | Steven L. Caponi (No. 3484) |
| Michael J. Farnan (No. 5165) | Matthew B. Goeller (No. 6283) |
| 919 N. Market St., 12th Floor | 600 N. King Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 777-0300 | Phone: (302) 416-7000 |
| Fax: (302) 777-0301 | steven.caponi@klgates.com |
| bfarnan@farnanlaw.com | matthew.goeller@kglates.com |
| mfarnan@farnanlaw.com | |
| | *Attorneys for Defendant Honeywell International Inc.* |
| *Attorneys for Plaintiff* | |

      SO ORDERED this ___ day of _____ 2024.

_____
The Honorable Maryellen Noreika

2