# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., <br><br> Defendant. | C.A. No. 22-1320-MN |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Devon C. Beane, Nathan J. Fuller, and Jared R. Lund of K&L Gates LLP, 70 West Madison Street, Suite 3100, Chicago, Illinois 60602 to represent defendant Honeywell International, Inc. in this matter.

Dated: February 15, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@kglates.com

*Attorneys for Defendant Honeywell International, Inc.*

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Devon C. Beane, Nathan J. Fuller, and Jared R. Lund on behalf of Defendant is granted.

Dated: _____                                    _____
                                                                                      United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 15, 2024            */s/ Devon C. Beane*
                                    Devon C. Beane
                                    K&L Gates LLP
                                    70 West Madison Street, Suite 3100
                                    Chicago, IL 60602
                                    Phone: (312) 372-1121
                                    devon.beane@klgates.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 15, 2024                             */s/ Nathan J. Fuller*
                                                                        Nathan J. Fuller
                                                                        K&L Gates LLP
                                                                        70 West Madison Street, Suite 3100
                                                                        Chicago, IL 60602
                                                                        Phone: (312) 372-1121
                                                                        nathan.fuller@klgates.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 15, 2024  /s/ Jared R. Lund
Jared R. Lund
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
Phone: (312) 372-1121
jared.lund@klgates.com