IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | C.A. No. 22-1320-MN |

**JOINT STATUS REPORT**

1. On May 23, 2023, the Court granted Plaintiff Network-1 Technologies, Inc. ("Network-1") and Defendant Honeywell International Inc. ("Honeywell")'s request to stay this matter. *See* D.I. 14.

2. In its order, the Court directed the parties to provide an update to the Court within thirty (30) days after the conclusion of the case captioned *Network-1 Technologies, Inc. v. Dahua Technology USA, Inc.*, No. 8:22-cv-02087 (C.D. Cal.) (the "Dahua Case").

3. On December 20, 2023, the U.S. District Court for the Central District of California granted the stipulated dismissal of the Dahua Case based on a settlement agreement between Dahua and Network-1. *Network-1*, No. 8:22-cv-02087, D.I. 43.

4. In accordance with this Court's May 23 Order, the parties were to provide their update to the Court on or before January 19, 2024.

5. On January 12, 2024, the Court signed the parties' Stipulation and [Proposed] Order Extending the stay to February 19, 2024, to allow the parties additional time to determine the impact of the conclusion of the Dahua Case.

6.  The parties were unable to resolve the dispute between them because the parties could not agree on the impact of the Dahua Case's conclusion on this case.

7.  Honeywell is filing an Unopposed Motion to Lift the Stay and the parties have agreed to a deadline of April 5, 2024, for Honeywell to answer or otherwise plead.

Dated: February 19, 2024

| **FARNAN LLP** | **K&L GATES LLP** |
|---|---|
| */s/Michael J. Farnan* | */s/ Steven L. Caponi* |
| Brian E. Farnan (No. 4089) | Steven L. Caponi (No. 3484) |
| Michael J. Farnan (No. 5165) | Matthew B. Goeller (No. 6283) |
| 919 N. Market St., 12th Floor | 600 N. King Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 777-0300 | Phone: (302) 416-7000 |
| Fax: (302) 777-0301 | steven.caponi@klgates.com |
| bfarnan@farnanlaw.com | matthew.goeller@kglates.com |
| mfarnan@farnanlaw.com | |
| | Devon C. Beane (*pro hac vice*) |
| *Attorneys for Plaintiff* | Nathan J. Fuller (*pro hac vice*) |
| | Jared R. Lund (*pro hac vice*) |
| | 70 W. Madison Street, Suite 3300 |
| | Chicago, IL 60602 |
| | Phone: (312) 807-4436 |
| | devon.beane@klgates.com |
| | nathan.fuller@klgates.com |
| | jared.lund@klgates.com |
| | |
| | *Attorneys for Defendant Honeywell International Inc.* |