**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., <br><br> Defendant. | C.A. No. 22-1320-MN |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND**

1.      On February 20, 2024, the Court granted Defendant Honeywell International Inc.'s ("Honeywell") Unopposed Motion to Lift Stay and set the deadline for Honeywell to answer or otherwise respond on March 4, 2024.

2.      Network-1 and Honeywell wish to extend the deadline to answer or otherwise respond to April 5, 2024.

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, subject to the approval of the Court, that Honeywell's deadline to answer or otherwise respond is April 5, 2024.

Dated:  February 27, 2024

| | |
|---|---|
| **FARNAN LLP** | **K&L GATES LLP** |
| */s/ Michael J. Farnan* | */s/ Steven L. Caponi* |
| Brian E. Farnan (No. 4089) | Steven L. Caponi (No. 3484) |
| Michael J. Farnan (No. 5165) | Matthew B. Goeller (No. 6283) |
| 919 N. Market St., 12th Floor | 600 N. King Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 777-0300 | Phone: (302) 416-7000 |
| Fax: (302) 777-0301 | steven.caponi@klgates.com |
| bfarnan@farnanlaw.com | matthew.goeller@kglates.com |
| mfarnan@farnanlaw.com | |
| | *Attorneys for Defendant Honeywell* |
| *Attorneys for Plaintiff* | *International Inc.* |

2

SO ORDERED this ___ day of _____ 2024.


_____
The Honorable Maryellen Noreika