**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., | |
| Plaintiff, | C.A. No. 22-1320-MN |
| v. | **JURY TRIAL DEMANDED** |
| HONEYWELL INTERNATIONAL INC., | |
| Defendant. | |

**DEFENDANT HONEYWELL INTERNATIONAL, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Honeywell International Inc. ("Honeywell") hereby discloses as follows:

1. Honeywell is a non-governmental corporate party.

2. Honeywell has no parent corporation or publicly held corporation that owns 10% or more of its stock.

3. Honeywell is a Delaware corporation with its principal place of business located in North Carolina.

| | |
|---|---|
| Dated:  April 5, 2024 | **K&L GATES LLP** |
| | */s/ Steven L. Caponi*<br>Steven L. Caponi (No. 3484)<br>Matthew B. Goeller (No. 6283)<br>Megan E. O'Connor (No. 6569)<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7000<br>steven.caponi@klgates.com<br>matthew.goeller@klgates.com<br>megan.oconnor@klgates.com<br><br>*Of counsel:* |

Devon C. Beane
Nathan J. Fuller
Jared R. Lund
70 W. Madison, Suite 3100
Chicago, IL 60602
Phone: (312) 372-1121
devon.beane@klgates.com
nathan.fuller@klgates.com
jared.lund@klgates.com

*Attorneys for Defendant Honeywell International*