# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., <br><br> Defendant. | C.A. No. 22-cv-1320-MN |

## NOTICE OF AMENDED COMPLAINT

Plaintiff hereby provides notice that it will amend its complaint in response to Defendant's Motion to Dismiss (D.I. 21) in accordance with the deadline set forth in Federal Rule of Civil Procedure 15.

Dated: April 16, 2024

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Gregory Dovel (admitted *pro hac vice*)
Sean Luner (admitted *pro hac vice*)
Richard Lyon (admitted *pro hac vice*)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: 310-656-7066
greg@dovel.com
sean@dovel.com
rick@dovel.com
*Attorneys for Plaintiff Network-1 Technologies, Inc.*