# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>    Defendant. | C.A. No. 22-cv-1320-MN |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the deadline for Plaintiff to file the Amended Complaint is extended to May 9, 2024.

Dated: May 1, 2024

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Network-1 Technologies, Inc.*

Respectfully submitted,

K&L GATES LLP

/s/ Steven L. Caponi
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

*Attorneys for Defendant Honeywell International Inc.*

IT IS SO ORDERED this _____ day of May, 2024.

_____
The Honorable Maryellen Noreika